UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD GRECO, Personal
Representative of the Estate of
LEO W. KNOBLAUCH,

    Plaintiff,

CASE NO: 8:19-CV-01336-MSS-CPT

v.

AMERICAN COACH LINES
OF ATLANTA, INC.,
a foreign profit corporation, and
HARTFORD INSURANCE
COMPANY OF THE SOUTHEAST,
a foreign profit corporation,,

    Defendant.
_____/

## DEFENDANT AMERICAN COACH LINES OF ATLANTA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant AMERICAN COACH LINES OF ATLANTA, INC., by and through its undersigned counsel, hereby discloses the following pursuant to Federal Rule of Civil Procedure 7.1 as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

a. Andrew R. Lincoln, Esq. (attorney for Defendant American Coach Lines of Atlanta, Inc.)

b. Jackson Lewis P.C. (attorneys for Defendant American Coach Lines of Atlanta, Inc.)

c. American Coach Lines of Atlanta, Inc. (Defendant)

d. Coach USA, Inc.

e. Coach USA Administration, Inc.

f. Coach USA MBT, LLC

g. Jeannine Jacobson, Esq. (attorney for Defendant Hartford Life and Accident Insurance Company)

h. Robinson & Cole LLP (attorneys for Defendant Hartford Life and Accident Insurance Company)

i. Hartford Life and Accident Insurance Company (Defendant)

j. Kim E. Wells, Esq. (attorney for Plaintiff Richard Greco, Personal Representative of the Estate of Leo W. Knoblauch)

k. Wells Law Group, P.A. (attorneys for Plaintiff Richard Greco, personal representative of the estate of Leo W. Knoblauch)

l. Richard Greco, personal representative of the estate of Leo W. Knoblauch (Plaintiff)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases:

    None.

4. The name of each victim individual or corporate of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Richard Greco, as personal representative of the estate of Leo W. Knoblauch, has alleged claims in this lawsuit.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED this 13th day of June, 2019.

    Respectfully submitted by:

    **JACKSON LEWIS P.C.**

    */s/ Andrew R. Lincoln*
    Andrew R. Lincoln
    Florida Bar No.: 0069588
    Email: andrew.lincoln@jacksonlewis.com
    Wells Fargo Center
    100 S. Ashley Drive, Suite 2200
    Tampa, Florida 33602
    Telephone:    813-512-3210
    Facsimile:    813-512-3211

    *Attorneys for Defendant American Coach Lines of Atlanta, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, a true and correct copy of the foregoing *Defendant American Coach Lines of Atlanta, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement* was filed with the Court, which will send notice via the CM/ECF system to the attorney listed below:

Kim Wells, Esq.
Wells Law Group, P.A.
1211 Teach Blvd, Suite 149
Tampa, FL 33619
Email: kwells@thewellslawgroup.com

Jeannine C. Jacobson, Esq.
Robinson & Cole, LLP
777 Brickell Ave., Suite 680
Miami, FL 33131
Email: jjacobson@rc.com

                                        By: */s/ Andrew R. Lincoln*
                                              Andrew R. Lincoln